UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GROSS G. WILLIAMS** | **CASE NO. 6:20-CV-00534 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **TAX COLLECTOR LAFAYETTE PARISH, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the civil rights complaint be **DISMISSED WITHOUT PREJUDICE**, for lack of jurisdiction.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 5th day of October, 2020.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**